**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 134 MAL 2017

                Respondent    :

                            :    Petition for Allowance of Appeal from
                            :    the Order of the Superior Court
            v.                 :

SHANE G. SPEROW,    :

                Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.